*VOTE ON WITHDRAWAL OF OPINION FROM PUBLICATION:*

¶6 ALL JUSTICES CONCUR.

1999 OK 13

**Harlan CARROLL, Plaintiff/Appellant,**

v.

**AXELSON, INC., a Delaware corporation, Dresser Industries, a Delaware corporation, and Kelly Rauh, Defendants/Appellees.**

No. 91244.

Supreme Court of Oklahoma.

Feb. 22, 1999.

***ORDER***

¶1 Certiorari is denied. Appellant's motion to tax costs is granted in part. One-half of the filing fee paid by Appellant, or the sum of $100.00 is assessed against the Appellee 12 O.S.1991 978.

¶2 As provided in Rule 1.36(c) of the Rules of the Oklahoma Supreme Court, the Appellant shall be allowed one-half of the costs, if reasonable, of copying and binding the record for filing in this Court. Upon remand the trial court shall determine the reasonableness of the costs.

¶3 The opinion of the Court of Civil Appeals in this matter is hereby withdrawn from publication.